

# Synerprise Consulting Service, Inc
2809 Regal Road, Suite 107 • Plano, TX 75075
Telephone: (866) 407-0200
Website: www.scswebpay.com



February 6, 2012

Brandon Scroggin           6181833-24           Creditor: ASSOCIATED RADIOLOGISTS LTD
526 W Monroe Ave                                  Creditor Account #: 86256
Jonesboro AR 72401-2767                    Account # :          6181833
                                                                                      Date of Service:   10-04-11
                                                                                      **Balance:**           **$263.28**

This account has been referred to this office for collection activity.

Please return the lower section with your payment in full.

> For your convenience you may pay online at:
> www.scswebpay.com

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume the debt is valid. If you notify this office within 30 days from receiving this notice, this office will: obtain verification of this debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the original creditor, if different from the current creditor.



ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals
*Member*

3281-HWSCSI10-1-1/06/10

---

*** Please detach the lower portion and return with your payment ***

Y11310FC15

PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

Acct. #:  6181833     Creditor Acct. #:  86256
Balance:  $263.28     Date of Service:  10-04-11
Amount Enclosed: $_____

**IF YOU WISH TO PAY BY CREDIT CARD, CIRCLE ONE AND FILL IN THE INFORMATION BELOW. THERE IS A $6.00 SERVICE FEE FOR CREDIT CARD TRANSACTIONS.**

MasterCard     VISA

| CARD NUMBER | EXP. DATE |
|---|---|
| CARD HOLDER NAME | CVV |
| SIGNATURE | AMOUNT PAID |

6181833-24 - 1-000812002400537776567240127 6726-1YA1--Y11310FC15-3281
6181833-24 - 1 - 3281
Brandon Scroggin
526 W Monroe Ave
Jonesboro AR 72401-2767

Synerprise Consulting Service, Inc
PO Box 957
Shawnee Mission KS 66201-0957