

```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT033444
Cashier ID: sldavi
Transaction Date: 04/06/2012
Payer Name: BRANDON SCROGGIN
------------------------------------
CIVIL FILING FEE
 For: BRANDON SCROGGIN
 Case/Party: D-ARE-3-12-CV-000088-001
 Amount:         $350.00
------------------------------------
CHECK
 Check/Money Order Num: 124
 Amt Tendered:   $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $45 fee will
be charged for a returned check."
```