UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO, ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 02 2012

JAMES W. McCORMACK, CLERK
By: _____
　　　　　　　　　　　　　DEP CLERK

BRANDON SCROGGIN
PLAINTIFF

PRO-SE
_____/

3:12-CV-00088-BRW

SYNERPRISE CONSULTING, INC.
DEFENDANT

MICHAEL A. KLUTHO
ATTORNEY FOR THE DEFENDANT
_____/

## PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE

(1) Pro-Se Plaintiff Brandon Scroggin, on this 2nd day of May, 2012, and pursuant to the Federal Rules of Civil Procedure, specifically rule 41(a)(1), does hereby voluntarily dismiss with prejudice the above captioned complaint against Defendant Synerprise Consulting, Inc. (Hereinafter "Defendant Synerprise").

(2) As Defendant Synerprise has yet to serve an answer or a motion for summary judgement in the above captioned complaint, Plaintiff's voluntary dismissal with prejudice without an order of dismissal from this honorable Court is proper, just and meets all requirements under rule 41(a)(1) of the Federal Rules of Civil Procedure for voluntary dismissal.

(3) Furthermore, as Plaintiff's voluntary dismissal in the above captioned complaint clearly states the dismissal shall be with prejudice, Plaintiff has meet the requirement under rule 41(a)(1)(b) of the Federal Rules of Civil Procedure for this voluntary dismissal to be with prejudice.

(4) Although not required by the Federal Rules of Civil Procedure under these current circumstances and facts before the Court, Plaintiff has still consulted with, prior to filing this voluntary dismissal with prejudice, Mr. Michael A. Klutho, attorney for Defendant Synerprise.

(5) At the time of the filing of this voluntary dismissal with prejudice, Mr. Klutho has not expressed, implied, or stated any objection to this dismissal with prejudice, furthermore, he is aware that Plaintiff has filed this dismissal on the this 2nd day of May, 2012.

(6) Plaintiff has agreed to timely provide a file marked copy of this dismissal with prejudice to Mr. Klutho and will do so within five days of the filing of this voluntary dismissal with prejudice.

**Wherefore**, Pro-Se Plaintiff Brandon Scroggin, meeting all requirements under the Federal Rules of Civil Procedure for a voluntary dismissal with prejudice in the above captioned complaint against Defendant Synerprise, does hereby voluntarily dismiss with prejudice the above captioned complaint against Defendant Synerprise.

Respectfully Submitted,

Brandon Scroggin
Pro-Se
526 West Monroe
Jonesboro, AR. 72401
870-897-3872
acsscroggin@gmail.com

I, Brandon Scroggin, do hereby certify that a true and correct copy of the above dismissal letter with prejudice has been emailed, on the date of May 2, 2012, to Mr. Michael Klutho, attorney for the Defendant, and a file marked copy will be sent to Mr. Klutho within five days of the filing of this letter of voluntary dismissal with prejudice.